UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Kevin L. Allen | : | NO.   14-10568-MDC |
| Debtor | : | |

PRAECIPE  TO  WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Motion to Pay filed on December 8, 2016.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: December 14, 2016