IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kevin L Allen | : | Case No. 14-10568-MDC |
| xxx-xx-8428 | | |
| Debtor | | |

### THIRD AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$134.00 EVERY WEEK.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*

December 15, 2016

HONORABLE MAGDELINE D. COLEMAN         DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:          David M. Offen Esq.
William C. Miller, Trustee       Suite 160 West, Curtis Ctr.
P.O. Box 1799                    Philadelphia, PA 19106
Memphis, TN  38101-1799          (215) 625-9600


Payroll Controller
Imperial Bag and Paper
255 Route 1 and 9
Jersey City, NJ 07306