# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kevin L Allen  
        Debtor(s)

CHAPTER 13

BKY. NO. 14-10568 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6855

                        Respectfully submitted,

                        **/s/Thomas Puleo, Esquire**  
                        Thomas Puleo, Esquire  
                        Brian C. Nicholas, Esquire  
                        KML Law Group, P.C.  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA 19106-1532  
                        (215) 825-6306  FAX (215) 825-6406