B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District of _Pennsylvania_

In re _Kevin L. Allen_     Case No. _14-10568-MDC_
       Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I. Certification Regarding Domestic Support Obligations** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.** *If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

**Part III. Certification Regarding Section 522(q)** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ]  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _11/6/18_        _/s/ Kevin Allen_
            Date                    Debtor