Certificate Number: 12433-PAE-DE-031902135

Bankruptcy Case Number: 14-10568



12433-PAE-DE-031902135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2018, at 8:00 o'clock PM EST, Kevin Lee Allen completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 13, 2018        By:   /s/Lance Brechbill

                                 Name: Lance Brechbill

                                 Title: Teacher